IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>Kendreka Lashon Griffin<br>210 Southland Station Drive<br>Apt. 36<br>Warner Robins, GA  31088 | CHAPTER 13<br><br>CASE NUMBER:  18-52175-AEC<br><br>ATTORNEY:  CALVIN L. JACKSON, P.C. |

Notice of Motion to Dismiss Chapter 13 Case

Camille Hope, Chapter 13 Trustee, HAS FILED DOCUMENTS WITH THE COURT TO dismiss your Chapter 13 case.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.** If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

If you do not want the court to dismiss your Chapter 13 case, or if you want the court to consider your views on the motion, then you or your attorney shall appear at the hearing on confirmation  scheduled to be held on

**JANUARY 14, 2019 AT 01:30 PM IN THE UNITED STATES BANKRUPTCY COURT, LOCATED IN COURTROOM B, U.S. BANKRUPTCY COURT, 433 CHERRY STREET, MACON, GEORGIA.**

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to M.D. Ga. LBR 9004-1( c).

   Dated:  December 19, 2018

| | |
|---|---|
| CAMILLE HOPE, TRUSTEE<br>P.O. Box 954<br>Macon, GA  31202<br>Telephone (478) 742-8706<br>docomt@chapter13macon.com | KYLE GEORGE, CLERK<br>United States Bankruptcy Court<br>P.O. Box 1957<br>Macon, GA 31202<br>Telephone (478) 752-3506 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>Kendreka Lashon Griffin<br>210 Southland Station Drive<br>Apt. 36<br>Warner Robins, GA  31088 | CHAPTER 13<br><br>CASE NUMBER:  18-52175-AEC<br><br>ATTORNEY:  CALVIN L. JACKSON, P.C. |

## MOTION TO DISMISS

Now comes the Chapter 13 trustee and files this her motion to dismiss the above-referenced case, pursuant to 11 U.S.C. §1307(c).

1

The plan filed by the debtor is not proposed in good faith.

**WHEREFORE**, the trustee prays that the Court dismiss the above-referenced case.

**DATED:** December 19, 2018              **/s/ Camille Hope**
                                          Camille Hope, Trustee
                                          Office of the Chapter 13 Trustee
                                          P.O. Box 954
                                          Macon, GA  31202

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the attached document was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and (3) mailed postage prepaid to all other interested parties

Kendreka Lashon Griffin                   CALVIN L. JACKSON, P.C.
210 Southland Station Drive
Apt. 36
Warner Robins, GA  31088

Debtor                                    Counsel for Debtor

**DATED:** December 19, 2018              **/s/ Camille Hope**
                                          Camille Hope, Trustee