**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

IN RE:  CHAPTER 13

Kendreka Lashon Griffin

DEBTOR(S)  CASE NO.18–52175 AEC

**ORDER OF DISMISSAL**

It appearing to the Court that the trustee has moved to dismiss the above−captioned case, and sent notice of said motion and hearing date to the debtor(s) and debtor's(s') attorney, if any; and a hearing was held on this motion wherein just cause was found to grant the trustee's motion; and it is hereby

**ORDERED** that this case be and the same is dismissed; and it is further

**ORDERED** that the Clerk of this Court take such action as is appropriate to close this case.



Dated: 1/14/19  /s/ Austin E. Carter
United States Bankruptcy Judge